IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAKOTA HOLT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION ) |
| BAPASHREE USA LLC, | ) FILE No. 4:21-cv-00062-WMR ) ) |
| Defendant. | ) |

## **ORDER**

On July 8, 2021, Plaintiff filed a Notice of Settlement informing the Court that the parties have settled this case and that they will file the appropriate dismissal documents with the Court within sixty (60) days. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations should fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**SO ORDERED,** this 20th day of July, 2021.

_____
**Hon. William M. Ray, II
United States District Judge**